**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **MATTHEW CALEB SERBANIC** | **CIVIL ACTION NO. 23-0723** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **JULIAN C. WHITTINGTON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Matthew Caleb Serbanic's Complaint [doc. # 1] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for preliminary injunction [doc. # 1] is **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 8th day of January, 2024.

_____
United States District Judge